**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PENNSYLVANIA DEPARTMENT OF HEALTH, : No. 334 MAL 2022

                Petitioner : Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
      v. :

TODD SHEPHERD, :

           Respondent :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 28th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.